```
 1  ROBERT H. HENSSLER, JR.
    California Bar No. 216165
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
 4  Facsimile: (619) 687-2666
    Robert_Henssler@fd.org
 5
 6  Attorneys for Defendant
 7
```

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Case No. 08MJ0940 |
| 11 | Plaintiff, | ) |
| 12 | v. | ) **NOTICE OF APPEARANCE** |
| 13 | JOSE CRUZ-CORTEZ, | ) |
| 14 | Defendant. | ) |
| 15 | _____ | ) |

16   Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

17 R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                      Respectfully submitted,

20

21 Dated: May 20, 2008              /s/ *Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
22                                  Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: May 20, 2008                    */s/ Robert R. Henssler, Jr.*
                                       **ROBERT R. HENSSLER, JR.**
                                       Federal Defenders of San Diego, Inc.
                                       Robert_Henssler@fd.org