ORIGINAL



FILED

JUL 0 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSE CRUZ-CORTEZ,<br><br>                    Defendant. | Criminal Case No. 08CR1814-GT<br><br>I N F O R M A T I O N<br>**Superseding**<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about March 2007, within the Southern District of California, defendant JOSE CRUZ-CORTEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

JJO:jam:San Diego
7/7/08

1
<u>Count 2</u>

2      On or about August 2, 2007, within the Southern District of

3 California, defendant JOSE CRUZ-CORTEZ, being an alien, unlawfully

4 entered or attempted to enter the United States at a time and place

5 other than as designated by immigration officers, and eluded

6 examination and inspection by immigration officers, and attempted to

7 enter or obtained entry to the United States by a willfully false or

8 misleading representation or the willful concealment of a material

9 fact and previously committed the offense of illegal entry, as alleged

10 in Count 1; all in violation of Title 8, United States Code,

11 Section 1325, a felony.

12      DATED: July 7, 2008 .

13                                    KAREN P. HEWITT
                                      United States Attorney
14

15

16                                    JOSEPH J. ORABONA
                                      Assistant U.S. Attorney
17

18

19

20

21

22

23

24

25

26

27

28